PER CURIAM.
Affirmed. See Cassara v. Wofford, 55 So.2d 102 (Fla.1951), aff'd after remand, 62 So.2d 56 (Fla.1952); Affiliated Marketing, Inc. v. Dyco Chemicals & Coatings, Inc., 340 So.2d 1240 (Fla. 2d DCA 1976), cert. denied, 353 So.2d 675 (Fla.1977); Weeki Wachee Orchid Gardens, Inc. v. Florida Inland Theatres, Inc., 239 So.2d 602 (Fla. 2d DCA 1970), cert. denied, 246 So.2d 110 (Fla.1971); National Airlines v. Metcalf, 114 So.2d 229 (Fla. 3d DCA 1959).